# IN THE SUPREME COURT OF THE STATE OF NEVADA

GRAND HALL ENTERPRISE, CO., LTD.,

         Petitioner,

    vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ROB BARE, DISTRICT JUDGE,

         Respondents,

    and

OMAR LEOPOLDO RODRIGUEZ; GYOVANNI JOSE PARGA TORRES, MINORS, BY AND THROUGH THEIR CO-GUARDIANS, HUGO HUMBERTO ROBLES AND YOLANDA ROBLES; CELESTE CHAVEZ-ROBLES, A MINOR, BY AND THROUGH HER NATURAL PARENTS JOSEPHINE CHAVEZ-RODRIGUEZ AND JUAN CHAVEZ-RODRIGUEZ; HUGO HUMBERTO ROBLES, AN INDIVIDUAL; YOLANDA ROBLES, AN INDIVIDUAL; JOSEPHINE CHAVEZ-RODRIGUEZ, AN INDIVIDUAL; JUAN CHAVEZ-RODRIGUEZ, AN INDIVIDUAL; AND HUGO HUMBERTO ROBLES AND YOLANDA ROBLES, AS CO-ADMINISTRATORS OF THE ESTATES OF CLAUDIA PARGA (DECEDENT) AND LEOPOLDO RODRIGUEZ-VASQUEZ (DECEDENT),

         Real Parties in Interest.

No. 71561

FILED

MAY 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

The parties have filed a "Notice of Settlement in Underlying Case," indicating that the parties have reached a settlement in the

underlying case, and the instant writ petition "has been rendered moot by the parties' settlement." We elect to treat the motion as a motion to voluntarily dismiss the instant writ petition, and we grant the motion. This writ petition is dismissed.

It is so ORDERED.

_____Cherry_____, C.J.

cc:    Hon. Rob Bare, District Judge
Foley & Oakes, PC
Bowles & Verna, LLP
Kemp, Jones & Coulthard, LLP
Eighth District Court Clerk